| In re:<br><br>**Amber Marie Whetzel**<br><br>Debtor(s) | CASE NO. **23-50072**<br><br>CHAPTER **13** |
|---|---|

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives NOTICE of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| **Capital One**<br>Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | 06/2018 | N | 731.09 |
| **Celtic Bank**<br>268 S. State Street<br>Suite 300<br>Salt Lake City, UT 84111 | 07/2020 | N | 829.00 |
| **eHarmony**<br>10900 Wilshire Blvd. #17<br>Los Angeles, CA 90024 | 09/2022 | N | 107.64 |
| **Internal Revenue Service**<br>400 North 8th Street, Box 76<br>M/S Room 898<br>Richmond, VA 23219 | 2014 | N | 21187.20 |
| **National Credit Adjusters**<br>327 W. 4th Avenue<br>Hutchinson, KS 67501 | 08/2020 | N | 335.00 |
| **National Debt Relief**<br>180 Maiden Lane<br>30th Floor<br>New York, NY 10038 | 04/2022 | Y | 1.00 |
| **Portfolio Recovery Associates**<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 | Additional notice for Capital One | | |
| **Resurgent Capital Services**<br>PO Box 10368<br>Greenville, SC 29603-0368 | Additional notice for CC Holdings-Nexus | | |
| **RFGI**<br>PO Box 8<br>Sycamore, IL 60178-0537 | Additional notice for Eharmony | | |
| **Rockingham General District Court**<br>53 Court Square #132<br>Harrisonburg, VA 22801 | Additional notice Woodrow Rooklin | | |
| **Scott Kroner, PLC**<br>418 E. Water Street | Additional notice for Woodrow Rooklin | | |

nas**13**.frm - 02/08/17

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| Charlottesville, VA 22902 | | | |
| Shenandoah County Treasurer<br>600 N. Main Street<br>Suite 105<br>Woodstock, VA 22664 | 2022 | N | 826.24 |

/s/ Amber Marie Whetzel
**Amber Marie Whetzel**
(Debtor must sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

**CERTIFICATION**

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees. I further certify that a true copy of this Notice was duly mailed on   **3-27-23**   , to the Court, debtor, trustee, U.S. Trustee, and, if the §341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the §341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable.

Dated:   3-27-23          Signed:  /s/ Roland S. Carlton, Jr., Esq.

Note: ALL amendments must be accompanied by a THIRTY-ONE DOLLARS ($31.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**. Personal checks are not accepted. **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if pro-se, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**